1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                    (HONORABLE ANTHONY J. BATTAGLIA)

11 UNITED STATES OF AMERICA,            )   CASE NO. 08MJ1526
                                        )
12          Plaintiff,                  )
                                        )
13 v.                                   )
                                        )   **NOTICE OF APPEARANCE**
14 GABRIEL ROMERO-ORTA,                 )
                                        )
15          Defendant.                  )
   _____)

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of

18 California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead

19 attorney in the above-captioned case.

20                                          Respectfully submitted,

21

22 Dated: May 22, 2008                      /s/ *JENNIFER L. COON*
                                            Federal Defenders of San Diego, Inc.
23                                          Attorneys for Defendant
                                            Jennifer_Coon@fd.org
24

25

26

27

28

**CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

  Courtesy Copy to Chambers

  Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 22, 2008          /s/ *JENNIFER L. COON*
                 Federal Defenders of San Diego, Inc.
                 225 Broadway, Suite 900
                 San Diego, CA 92101-5030
                 (619) 234-8467 (tel)
                 (619) 687-2666 (fax)
                 Jennifer_Coon@fd.org (email)